UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISIS GONZALEZ RODRIGUEZ,

    Plaintiff,

    v.                                       CASE NO. 8:20-cv-1232-WFJ-SPF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

Before the Court is Plaintiff's timely opposed petition for attorneys' fees pursuant to 28 U.S.C. § 2412(d) of the Equal Access to Justice Act ("EAJA") (Dkt. 41) and the well-reasoned report issued by United States Magistrate Judge Flynn recommending fees be granted in part and denied in part (Dkt. 46). The Commissioner filed an opposition, and the Plaintiff filed a reply. Dkts. 42, 45. After an independent review of the file, the Court **ORDERS** as follows:

    1. The Report and Recommendation (Dkt. 46) is adopted, affirmed, and approved in all respects and is made a part of this order for all purposes.

    2. Plaintiff's petition for attorneys' fees pursuant to the EAJA (Dkt. 41) is granted in part and denied in part.

3. Plaintiff, as the prevailing party, is awarded appropriate and reasonable attorneys' fees in the amount of $8,827.02.

4. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, then pursuant to Plaintiff's assignment of fees to Plaintiff's counsel (Dkt. 41-2) and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fees may be paid directly to Plaintiff's counsel.

5. The Clerk of Court shall enter a judgment accordingly in favor of Plaintiff and against Defendant in the total amount of $8,827.02.

**DONE AND ORDERED** at Tampa, Florida, on June 13, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of record